UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PCA MINERALS LLC, A LOUISIANA LIMITED LIABILITY COMPANY,<br><br>PLAINTIFF,<br><br>v.<br><br>MERIT ENERGY COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY, DOING BUSINESS AS MERIT ENERGY COMPANY,<br><br>DEFENDANT. | CIVIL ACTION NO. 1:13-CV-1243<br>HON. HUGH W. BRENNEMAN, JR.<br>LC Case No. 13-15059-CK<br><br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| Joseph E. Quandt (P49739)<br>Gina A. Bozzer (P62688)<br>KUHN ROGERS PLC<br>Attorneys for Plaintiff<br>412 South Union Street<br>Traverse City, Michigan 49684<br>(231) 947-7900 | MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>Stanley J. Stek (P29332)<br>Colleen Healy (P77994)<br>Attorneys for Defendant<br>99 Monroe Avenue, NW, Suite 1200<br>Grand Rapids, Michigan 49503<br>(616) 454-8656 |

## CERTIFICATE OF SERVICE

I, Jill D. Hale, certify that on October 20, 2014, I served a copy of *First Supplemental Title Analysis and Report* (Expert Witness Mark A. Van Allsburg) and this *Certificate of Service* by mailing same bearing the respective addresses, with postage fully pre-paid, and depositing it in the United States Post Office, Traverse City, Michigan, 49684, to all of the following individual and via email:

Stanley J. Stek
Colleen Healy
Miller, Canfield, Paddock and Stone, PLC
99 Monroe Avenue, NW, Suite 1200
Grand Rapids, MI 49503
Email: stek@millercanfield.com
healy@millercanfield.com

/s/ Jill D. Hale
Jill D. Hale